**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              January 14, 2010

Deputy Clerk:      Nel Steffens
Court Reporter:    Suzanne Claar

**Civil Action No.  09–cv–02857–REB–MEH**

<u>Parties</u>:                                           <u>Counsel</u>:

AMERICAN REPUBLIC INSURANCE                     Douglas Spaulding
COMPANY, an Iowa corporation,                   Dianna Wyrick
                                                Edward Timmins
     Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY                       Raymond Martin
INSURANCE COMPANY, a Colorado
corporation,

     Defendant.

**COURTROOM MINUTES**

**1:35 p.m.     Court in session**

Appearances of counsel.  Also seated at defendant's table are Ronald Vance, general manager of CIGNA, and Adam Strochak, representing CIGNA.

Opening statements by the court.

Court's statements regarding the **Defendant's Motion *In Limine* to Preclude the Expert Testimony of William Krieger** [#24] filed January 12, 2010.

**IT IS ORDERED** as follows:

     1.   That the **Defendant's Motion *In Limine* to Preclude the Expert Testimony of William Krieger** [#24] filed January 12, 2010, is respectfully **DENIED**.

1:42 p.m.      Plaintiff's witness, Elizabeth Powell, called and sworn.

Ms. Myrick orally moves to admit stipulated exhibits 1 through 33.

*Exhibits Admitted: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33*

Direct examination by Ms. Wyrick.

2:05 p.m.      Cross examination by Mr. Martin.

2:39 p.m.      Re-direct examination by Ms. Wyrick.

2:45 p.m.      Witness is excused.

2:45 p.m.      Plaintiff's witness, William Krieger, called and sworn.

Direct examination by Mr. Spaulding.

*Exhibits Identified: 36, 44*

3:11 p.m.      Court in recess.

3:26 p.m.      Court in session.

Witness Krieger has resumed the witness stand.

Continued direct examination by Mr. Spaulding.

*Exhibits Identified: 38*

*Exhibits Admitted: 36, 38*

3:42 p.m.      Cross examination by Mr. Martin.

4:13 p.m.      Re-direct examination by Mr. Spaulding.

*Exhibit Admitted: 44*

4:15 p.m.      Witness is excused.

Plaintiff rests.

4:16 p.m.      Defendant's witness, Ronald Vance, called and sworn.

Direct examination by Mr. Martin.

*Exhibits Identified: 39, 40, 42, 41*

*Exhibits Admitted: 39, 40, 42, 41*

4:46 p.m.    Cross examination by Mr. Spaulding.

4:57 p.m.    Re-direct examination by Mr. Martin.

4:58 p.m.    Witness is excused.

Defendant rests.

Court will receive parties' closing arguments in writing.

**IT IS FURTHER ORDERED** as follows:

    2.  That the plaintiff's opening closing argument shall be filed by close of business on Friday, **January 22, 2010**;

    3.  That the defendant's responsive closing argument shall be filed by Friday, **January 29, 2010**; and

    4.  That the plaintiff's rebuttal closing argument, if any, shall be filed by **February 5, 2010**.

**5:01 p.m.    Court in recess.**

Total time in court:   03:11

Hearing concluded**.**