**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02857-REB-MEH

AMERICAN REPUBLIC INSURANCE COMPANY, an Iowa corporation,

     Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter before me is the **Joint Stipulation For Dismissal With Prejudice** [#59] filed August 23, 2010. After reviewing both the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Joint Stipulation For Dismissal With Prejudice** [#59] filed August 23, 2010, is **APPROVED**;

     2. That the Trial Preparation Conference set for November 19, 2010 is **VACATED**;

     3. That the jury trial set to commence December 6, 2010, is **VACATED**; and

     4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated August 23, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              *Bob Blackburn*

                              Robert E. Blackburn
                              United States District Judge